# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 29, 2016

## NO. 03-16-00289-CV

**Brandie Stephens, Appellant**

**v.**

**Anthony Stephens, Appellee**

**APPEAL FROM 264TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR**

This is an appeal from the judgment signed by the trial court on March 31, 2016. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.